| | |
|---|---|
| STEVEN G. KALAR<br>Federal Public Defender<br>ANGELA M. HANSEN<br>Assistant Federal Public Defender<br>555 - 12th Street, Suite 650<br>Oakland, CA 94607-3627<br>Telephone: (510) 637-3500<br><br>Counsel for Defendant FLUKER | **FILED**<br><br>FEB 13 2014<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRICKA LYNN FLUKER,<br><br>    Defendant. | No. CR 13-00555 JST<br><br>AMENDED STIPULATION AND<br>[PROPOSED] ORDER TO CONTINUE<br>HEARING DATE TO APRIL 18, 2014 FOR<br>CHANGE OF PLEA AND TO EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date: February 14, 2014<br>Time:          9:30 a.m. |

      The above-captioned matter is set on February 14, 2014 before this Honorable Court for a trial setting hearing. The parties jointly request that the Court continue this matter to the Court's Oakland calendar on April 18, 2014 for a change of plea hearing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between February 14, 2014 and April 18, 2014, so that the parties can have additional time to prepare this case for resolution.

      On August 15, 2013, the Grand Jury charged Ms. Fluker and three other defendants in fifteen-count Indictment with conspiracy to commit financial aid fraud and with wire fraud. Ms. Fluker is named in Count Two, and in Counts Sixteen through Twenty-One of the Indictment.

On September 11, 2013, Ms. Fluker made an initial appearance and was arraigned on the Indictment. Ms. Fluker is out of custody because the magistrate court released her on an unsecured bond.

At the last status hearing before this Court on January 17, 2014, the parties informed the Court that they were reviewing the voluminous discovery and working out loss figures for proposed plea agreements, anticipating that this case will resolve short of trial. Indeed, Ms. Fluker plans to enter into a plea agreement with the government, but counsel for Ms. Fluker needs additional time to negotiate and finalize the terms of that plea agreement with government counsel.

For example, on Monday, February 10, 2014, defense counsel provided the government with additional information concerning Mr. Fluker that the defense hopes the government will consider in negotiating the terms of the plea agreement, including information that is relevant to the applicable Sentencing Guidelines in this case. The government has reviewed the defense information and asked for additional follow-up materials from Ms. Fluker, and defense counsel requests additional time to provide that information to the government. The parties are confident that this case will resolve, and, at the next appearance, the parties anticipate that Ms. Fluker will enter into a plea agreement with the government. For these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until April 18, 2014. In addition, government counsel is in trial in March 2014 and will not be available during that time frame.

For these reasons, the parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that this continuance is necessary for continuity of government counsel. Accordingly, the parties agree that the period of time from February 14,

2014 until April 18, 2014, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and for continuity of government counsel, taking into account the exercise of due diligence.

DATED: February 13, 2014

/S/
WADE M. RHYNE
Assistant United States Attorney

DATED: February 13, 2014

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that the parties anticipate that defendant will enter into a plea agreement with the government, and given that defense counsel presented information to the government that is relevant to the plea negotiations and the applicable Sentencing Guidelines in this case;

2. Given that the government has reviewed that information but has requested additional information from defendant, and given that defense counsel needs additional time to obtain that information for the government;

3. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that government counsel is in trial in March 2014; and

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the trial setting date of February 14, 2014, scheduled at 9:30 a.m., is vacated and reset for April 18, 2014, at 9:30 a.m., for a change of plea hearing. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from February 14, 2014 until April 18, 2014.

DATED: 2/13/14

THE HONORABLE JON S. TIGAR
United States District Judge