STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant FLUKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00555 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO MAY 9, 2014 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| DERRICKA LYNN FLUKER, | Hearing Date: April 18, 2014<br>Time: 9:30 a.m. |
| Defendant. | |

The above-captioned matter is set on April 18, 2014 before this Honorable Court for change of plea. The parties jointly request that the Court continue this matter to the Court's Oakland calendar on May 9, 2014, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between April 18, 2014 and May 9, 2014 so that the parties can have additional time to prepare this case for resolution.

On August 15, 2013, the Grand Jury charged Ms. Fluker and three other defendants in fifteen-count Indictment with conspiracy to commit financial aid fraud and with wire fraud. Ms. Fluker is named in Count Two, and in Counts Sixteen through Twenty-One of the Indictment.

1

1  On September 11, 2013, Ms. Fluker made an initial appearance and was arraigned on the
2  Indictment. Ms. Fluker is out of custody because the magistrate court released her on an
3  unsecured bond.
4      At the last status hearing before this Court on January 17, 2014, the parties informed the
5  Court that they were reviewing the voluminous discovery and working out loss figures for
6  proposed plea agreements, anticipating that this case will resolve short of trial. Indeed, Ms.
7  Fluker plans to enter into a plea agreement with the government, but counsel for Ms. Fluker
8  needs additional time to negotiate and finalize the terms of that plea agreement with government
9  counsel.
10     For example, Ms. Fluker needs more time to arrange for the potential advance payment of
11 restitution in this case, which would be part of the parties' proposed resolution. In addition, the
12 government is continuing to assess mitigation information concerning Mr. Fluker that is relevant
13 to the terms of the proposed plea agreement. The parties are confident that this case will resolve
14 but need more time to finalize the terms of the plea agreement and restitution orders. If the
15 parties have a plea agreement in advance of the May 9, 2014 date, the parties will submit the
16 agreement to the Court in advance of the hearing date, if appropriate. For these reasons, the
17 defense requests additional time to prepare, and the parties agree that it is appropriate to continue
18 this case until May 9, 2014. In addition, government counsel is unavailable on April 18, 2014.
19     For these reasons, the parties stipulate and agree that the ends of justice served by this
20 continuance outweigh the best interest of the public and the defendant in a speedy trial. The
21 parties further agree that the failure to grant this continuance would unreasonably deny counsel
22 for defendant the reasonable time necessary for effective preparation, taking into account the
23 exercise of due diligence. The parties also agree that this continuance is necessary for continuity
24 of government counsel. Accordingly, the parties agree that the period of time from April 18,
25 2014 until May 9, 2014 should be excluded in accordance with the provisions of the Speedy Trial
26 Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and for

continuity of government counsel, taking into account the exercise of due diligence.

DATED: April 14, 2014                       /S/
                                            WADE M. RHYNE
                                            Assistant United States Attorney

DATED: April 14, 2014                       /S/
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that the parties anticipate that defendant will enter into a plea agreement with the government and need more time to negotiate the terms of that agreement, and given that the government is considering mitigation information from the defense that is relevant to the terms of the proposed plea agreement;

2. Given that Ms. Fluker needs more time to arrange for the potential advance payment of restitution in this case, which would be part of the parties' proposed resolution;

3. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that government counsel is unavailable on April 18, 2014; and

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the change of plea hearing date of April 18, 2014, scheduled at 9:30 a.m., is vacated and reset for a status hearing on May 9, 2014, at 2:00 p.m. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 18, 2014 until May 9, 2014.

DATED: 4/16/14

THE HONORABLE JON S. TIGAR
United States District Judge