STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant FLUKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00555 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE DATE BEFORE THE DISTRICT COURT |
| vs. | |
| DERRICKA LYNN FLUKER, | Hearing Date: June 27, 2014<br>Time: 9:30 a.m. |
| Defendant. | |

The above-captioned matter is set on June 27, 2014 before this Honorable Court for a change of plea hearing. The parties jointly request that the Court vacate this matter. The reasons for this request are set forth below.

The United States Attorney's Office plans to file a misdemeanor information charging Ms. Fluker, and the parties plan to set this matter before the Magistrate Court in Oakland on June 27, 2014 at 9:30 a.m. for an arraignment on the information. At that hearing Ms. Fluker plans to consent to the jurisdiction of the magistrate court and the parties will set this matter over for a change of plea hearing in July 2014.

Because all future proceedings will take place before the magistrate court judge who will be assigned to this case, the parties agree that it is appropriate to vacate upcoming change of plea hearing date before the District Court on June 27, 2014.

DATED: June 25, 2014                                  /S/
                                                                    WADE M. RHYNE
                                                                    Assistant United States Attorney

DATED: June 25, 2014                                  /S/
                                                                    ANGELA M. HANSEN
                                                                    Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the July 27, 2014, change of plea hearing date is vacated.

DATED: June 26, 2014

_____
THE HONORABLE JON S. TIGAR
United States District Judge